```
CELIA McGUINNESS, ESQ. (SBN 159420)
cmcguinness@dmglawfirm.com
eservice@dmglawfirm.com
DEBORAH GETTLEMAN, ESQ. (SBN 267309)
dgettleman@dmglawfirm.com
DERBY, McGUINNESS & GOLDSMITH, LLP
1999 Harrison Street, Suite 1800
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4414
```

Attorneys for Plaintiff
SUMAYA MUGHANNAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMAYA MUGHANNAM<br>　　　　Plaintiff,<br><br>v.<br><br>BADII, LLC, a California Limited Liability Company, and GREGORY BOOTH MAPLES, an Individual.<br>　　　　Defendants. | CASE NO. 4:22-cv-07025-KAW<br><br><u>Civil Rights</u><br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE WITH THE COURT TO RETAIN JURISDICTION TO ENFORCE THE CONSENT DECREE [ECF NO. 45] AND [PROPOSED] ORDER** |

STIPULATION

The parties acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a duly executed Consent Decree, to a Dismissal With Prejudice of the Complaint subject to the Court's Order continuing jurisdiction to enforce the Consent Decree for the term thereof (ECF No. 45). Each party to bear its own attorneys' fees and costs as outlined in ECF No. 45.

Date: August 16, 2023　　　　　　　　　　　　DERBY, McGUINNESS & GOLDSMITH, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Celia McGuinness*
　　　　　　　　　　　　　　　　　　　　　By　　CELIA McGUINNESS, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**STIPULATION TO DISMISS ALL CLAIMS**　　　　　　1

| | |
|---|---|
| Dated: August 16, 2023 | BEYERS COSTIN SIMON |

                                                                               By:   /s/ *Steven J. Bleasdell*
                                                                                     STEVEN J. BLEASDELL
                                                                                      Attorneys for Defendants

FILER'S ATTESTATION

      Pursuant to Local Rules, I hereby attest that I, Celia McGuinness, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrence of counsel in the filing of this document.

                                                                          /s/   *Celia McGuinness*
                                                                          Celia McGuinness, Esq.
                                                                          DERBY, McGUINNESS & GOLDSMITH, LLP